AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

MARIO CAMERENA

**WARRANT FOR ARREST**

Case Number: 08-3018-M

RECEIVED
2008 APR 17 A 10: 01
MARSHALS SERVICE
CENTRAL ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Mario Camerena
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly, with the intent to evade a currency reporting requirement, attempted to transport more than $10,000 in cash from a place within the United States to Mexico.

in violation of Title   31   United States Code, Section(s)   5332(a)

s/ Byron G. Cudmore

Byron G. Cudmore
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

4/14/2008           Springfield, Illinois
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at   Hillsboro, IL

| DATE RECEIVED 04/17/08 | NAME AND TITLE OF ARRESTING OFFICER Sean Simpson DEA/TFO | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 04/13/08 | | |