E-FILED
Tuesday, 22 April, 2008  10:36:19 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

**APPEARANCE**

Case Number: 3:08-mj-03018

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mario Camarena

I certify that I am admitted to practice in this court.


April 22, 2008                           s/ Catharine D. O'Daniel
Date                                     Signature

                                         Catharine D. O'Daniel
                                         Print Name

                                         833 W. Jackson Blvd., Suite 200
                                         Address

                                         Chicago,        IL.         60607
                                         City            State       Zip Code

                                         312.334.3123           312.829.3367
                                         Phone Number           Fax Number