UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-cr-3018M |
| | ) | Hon. Jeanne E. Scott |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| MARIO CAMARENA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

NOW COMES Robert J. Scherschligt, Assistant Federal Defender, and moves to withdraw as appointed counsel in the above-captioned cause, and in support thereof, respectfully states as follows:

1. The undersigned counsel was appointed to represent the Defendant, MARIO CAMARENA, on April 14, 2008.

2. Attorney Catharine D. O'Daniel today filed her entry of appearance as private counsel on behalf of the Defendant in the above-captioned cause.

3. Because the Defendant has retained private counsel in this cause, it is appropriate that the undersigned counsel be permitted to withdraw as appointed counsel.

WHEREFORE, the undersigned counsel prays the Honorable Court grant him leave to withdraw as appointed counsel in the above-captioned cause.

- 1 -

        Respectfully submitted,

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By:   s/ Robert J. Scherschligt
       Robert J. Scherschligt
       Assistant Federal Defender
       600 East Adams Street, 2nd Floor
       Springfield, Illinois  62701
       Telephone: (217) 492-5070
       Fax: (217) 492-5077
       E-mail: robert_scherschligt@fd.org

PROOF OF SERVICE

     I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Tim Bass
Assistant United States Attorney
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

Ms. Catharine D. O'Daniel
833 W. Jackson Blvd., Suite 200
Chicago, IL 60607

By:   s/ Robert J. Scherschligt
       Robert J. Scherschligt
       Assistant Federal Defender
       600 East Adams Street, 2nd Floor
       Springfield, Illinois  62701
       Telephone: (217) 492-5070
       Fax: (217) 492-5077
       E-mail: robert_scherschligt@fd.org