E-FILED
Wednesday, 07 May, 2008 03:20:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MAY - 7 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-30039 |
| ) | Violation: Title 31, United |
| v. ) | States Code, Section 5332(a)(1) |
| ) | |
| MARIO Y. CAMARENA, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about April 13, 2008, in the Central District of Illinois, the defendant,

**MARIO Y. CAMARENA,**

with the intent to evade a currency transaction reporting requirement under federal law, knowingly and intentionally concealed more than $10,000 in currency in a container, and knowingly attempted to transport or transfer such currency from a place within the United States to a place outside the United States.

All in violation of Title 31, United States Code, Section 5332(a)(1).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/Jeffrey Lang

RODGER A. HEATON
UNITED STATES ATTORNEY
TB